**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leif Erik LAWSON, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Leif Erik Lawson, Defendant–Appellant.**

Nos. 13–6196, 13–6319.

United States Court of Appeals, Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 23, 2013.

Leif Erik Lawson, Appellant Pro Se. Elizabeth Wu, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leif Erik Lawson appeals the district court's orders denying his "Motion to Run

Time (Sentencing) Concurrently with State Sentencing or Jail Credit" and "Motion for Phone Records for Appeal Case." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lawson,* No. 3:08–cr–00433–REP–1 (E.D.Va. Jan. 29 & Feb. 12, 2013). We deny Lawson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*